THE UNITED STATES NATIONAL BANK, Respondent, v. THE NATIONAL PARK BANK, of New York, Appellant.

(Argued December 4, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made April 17, 1891, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*Peter A. Hendrick* for appellant.

*James G. Janeway* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.

GATES THALHEIMER, Appellant, v. FELIX C. KLAPETZKY et al., Respondents.

| 129b 647 |
|---|
| 163 49 |

(Argued December 4, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 3, 1891, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*Thomas Hogan* for appellant.

*C. G. Baldwin* for respondents.

Agree to affirm on authority of *Manning* v. *Beck* (*ante*, page 1); no opinion.
All concur.
Judgment affirmed.